United States District Court
Northern District of California

1
2
3

**UNITED STATES DISTRICT COURT**

4

**NORTHERN DISTRICT OF CALIFORNIA**

5
6
7 | **LAURENCE L. SPITTERS** *et al.*,

**Case No.: 12-CV-04429 YGR**

8 |        **Plaintiff(s),**

**ORDER REGARDING PLAINTIFFS' FAILURE TO FILE AN OPPOSITION TO DEFENDANT'S**

9 |        **v.**

**MOTION TO DISMISS**

10 | **JPMORGAN CHASE & CO.** *et al.*,

11 |        **Defendant(s).**

12

13      On October 1, 2012, Defendant filed a Motion to Dismiss. (Dkt. No. 15.)  The hearing on the

14 motion is set for December 4, 2012.  Plaintiffs' opposition was due on or about October 22, 2012.

15 Civ. L.R. 7-3(a).

16      To date, Plaintiffs have failed to oppose the Motion.  <u>Plaintiffs shall file an opposition to the</u>

17 <u>Motion to Dismiss no later than November 30, 2012.  Failure to file an opposition by that date will</u>

18 <u>result in dismissal of the action for failure to prosecute.</u>  Any reply to an opposition must be served

19 and filed not more than 7 days after the opposition is served and filed.  Civ. L.R. 7-3(c).

20      The hearing date of December 4, 2012 is hereby **CONTINUED** to January 15, 2013 at 2:00 p.m.

21      **IT IS SO ORDERED.**

22

23 Dated: November 16, 2012

_____

**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**

24
25
26
27
28