**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **LAURENCE L. SPITTERS** *et al.*, <br><br>    Plaintiff(s), <br><br>    v. <br><br> **JPMORGAN CHASE & CO.** *et al.*, <br><br>    Defendant(s). | Case No.: 12-CV-04429 YGR <br><br> **ORDER REGARDING PLAINTIFFS' FAILURE TO FILE AN OPPOSITION TO DEFENDANT'S MOTION TO DISMISS** |

On October 1, 2012, Defendant filed a Motion to Dismiss. (Dkt. No. 15.) The hearing on the motion is set for December 4, 2012. Plaintiffs' opposition was due on or about October 22, 2012. Civ. L.R. 7-3(a).

To date, Plaintiffs have failed to oppose the Motion. <u>Plaintiffs shall file an opposition to the Motion to Dismiss no later than November 30, 2012. Failure to file an opposition by that date will result in dismissal of the action for failure to prosecute.</u> Any reply to an opposition must be served and filed not more than 7 days after the opposition is served and filed. Civ. L.R. 7-3(c).

The hearing date of December 4, 2012 is hereby **CONTINUED** to January 15, 2013 at 2:00 p.m.

**IT IS SO ORDERED.**

Dated: November 16, 2012

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**