#1456
LOUIS SPITTERS  - SBN 112064
LAW OFFICES OF LOUIS SPITTERS
96 North Third Street, Suite 500
San Jose, California  95112
Telephone: 408.293.0463
Facsimile: 408.293.9514

Attorney for Plaintiffs,
LAURENCE SPITTERS, and
PAJARO DUNES RENTAL AGENCY, INC.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# OAKLAND DIVISION

| | |
|---|---|
| LAURENCE L. SPITTERS,<br>PAJARO DUNES RENTAL AGENCY, INC.,<br><br>               Plaintiffs,<br><br>vs.<br><br>JP MORGAN CHASE & CO.,<br>JP MORGAN CHASE BANK, N.A.<br>CHASE MORTGAGE BANKING and<br>DOES 1 through 50, inclusive,<br><br>               Defendants. | Case No.  CV 12-04429 YGR<br><br>[Proposed] ORDER ON PLAINTIFFS' APPLICATION FOR ORDER CONTINUING HEARING ON DEFENDANT'S MOTION TO DISMISS AND FOR EXTENSION TO FILE OPPOSITION TO MOTION; AND FOR ORDER CONTINUING CASE MANAGEMENT CONFERENCE<br><br>U.S.D.C. N.D.Cal., Local Rules 7 & 16<br><br>PENDING CMC DATE:<br>TIME:<br>CTRM:<br><br>PENDING MOTION DATE: Jan. 22, 2013<br>TIME:<br>CTRM: |

TO ALL PARTIES HEREIN AND TO THEIR ATTORNEYS OF RECORD:

      PLEASE TAKE NOTICE that the Ex Parte Application for Order Continuing the Hearing of Defendant's Motion to Dismiss and for an Extension of Time to File Opposition to the Motion as set for the in the Court's Order of November 30, 2012, and for an Order Continuing the January 7, 2013 Case

Management Conference of Plaintiffs LAURENCE SPITTERS and PAJARO DUNES RENTAL AGENCY, INC., pursuant to Local Rules 7 & 16, having been considered by the Court, and for good cause having been shown,

IT IS HEREBY ORDERED that:

1. Plaintiffs' Ex Parte Application is **GRANTED**.

2. Defendant's Motion to Dismiss, currently scheduled for hearing on January 22, 2013 at 2:00 p.m. in Courtroom 5 of this Court is continued to:

   Date: February 26, 2013
   Time: 2:00 p.m.
   Courtroom: 5

3. Plaintiffs' Opposition shall be filed on or before January 31, 2013.

4. Defendant's Reply shall be filed no later than seven days following the filing of Plaintiff's Opposition.

5. The Initial Case Management Conference in this action, currently scheduled for hearing on January 7, 2013 at 2:00 p.m. in Courtroom 5 is continued to:

   Date: April 1, 2013
   Time: 2:00 p.m.
   Courtroom: 5

6. A Joint Case Management Statement shall be filed on or before March 25, 2013.

7. This Order Terminates Docket Number 25.

**IT IS SO ORDERED**.

DATED: January 3, 2013

_____
Hon. YVONNE GONZALEZ ROGERS
U.S. DISTRICT JUDGE

Management Conference of Plaintiffs LAURENCE SPITTERS and PAJARO DUNES RENTAL AGENCY, INC., pursuant to Local Rules 7 & 16, having been considered by the Court, and for good cause having been shown,

IT IS HEREBY ORDERED that:

1. Plaintiffs' Ex Parte Application is **GRANTED**.

2. Defendant's Motion to Dismiss, currently scheduled for hearing on January 22, 2013 at 2:00 p.m. in Courtroom 5 of this Court is continued to:

   Date: February 26, 2013
   Time: 2:00 p.m.
   Courtroom: 5

3. Plaintiffs' Opposition shall be filed on or before January 31, 2013.

4. Defendant's Reply shall be filed no later than seven days following the filing of Plaintiff's Opposition.

5. The Initial Case Management Conference in this action, currently scheduled for hearing on January 7, 2013 at 2:00 p.m. in Courtroom 5 is continued to:

   Date: April 1, 2013
   Time: 2:00 p.m.
   Courtroom: 5

6. A Joint Case Management Statement shall be filed on or before March 25, 2013.

7. This Order Terminates Docket Number 25.

**IT IS SO ORDERED**.

DATED: January 3, 2013

_____
Hon. YVONNE GONZALEZ ROGERS
U.S. DISTRICT JUDGE