**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **LAURENCE L. SPITTERS** *et al.*,<br><br>      **Plaintiff(s),**<br><br>      vs.<br><br>**JPMORGAN CHASE & CO.** *et al.*,<br><br>      **Defendant(s).** | Case No.:  **12-CV-04429 YGR**<br><br>**ORDER VACATING DATES AND SETTING COMPLIANCE HEARING** |

**TO ALL PARTIES AND COUNSEL OF RECORD:**

The Court understands, based upon the representations of the parties, that the above-captioned case has settled.  Accordingly, all pending motion dates, (including the Motion Hearing set for May 14, 2013), all case management dates (including the Case Management Conference set for July 8, 2013), and trial dates are **VACATED**.   A compliance hearing shall be held on **Friday, June 21, 2013** on the Court's **9:01a.m.** Calendar, in the Federal Courthouse, 1301 Clay Street, Oakland, California in Courtroom 5.

Five (5) business days prior to the date of the compliance hearing, the parties shall file either (a) a Stipulation of Dismissal; or (b) a one-page **JOINT STATEMENT** setting forth an explanation regarding the failure to comply.  If compliance is complete, the parties need not appear and the compliance hearing will be taken off calendar.

Telephonic appearances will be allowed if the parties have submitted a joint statement in a timely fashion.  Failure to do so may result in sanctions.

**IT IS SO ORDERED**.

Dated: April 19, 2013

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**