**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **LAURENCE L. SPITTERS** *et al.*, <br>     **Plaintiff(s),** <br>     vs. <br> **JPMORGAN CHASE & CO.** *et al.*, <br>     **Defendant(s).** | Case No.: 12-CV-04429 YGR <br><br> **ORDER TO SHOW CAUSE; AND SETTING SHOW CAUSE HEARING** |

A compliance hearing was held on Friday, June 21, 2013, at which Defendants failed to enter an appearance. In advance of the hearing the parties were required to file a stipulation of dismissal or a joint statement explaining the failure to file same. Defendants not only failed to appear at the hearing, Defendants also failed to cause to be filed the required documents in advance of the hearing.

Defendants and their attorneys are hereby **ORDERED TO SHOW CAUSE** why they should not be sanctioned for failure to comply with this Court's Orders and failure to appear at Court proceedings.

A hearing on this Order to Show Cause will be held on **Friday, July 19, 2013** on the Court's **9:01 a.m.** Calendar, in the Federal Courthouse located at 1301 Clay Street, Oakland, California, in Courtroom 5. No later than five (5) business days prior to the date of the Show Cause Hearing, either: (1) the parties shall file a Stipulation of Dismissal; or (2) Defendants shall file a written statement setting forth good cause why Defendants and/or Defendants' attorneys should not be sanctioned for their failure to comply with Court Orders and failure to appear at Court proceedings.

1  If a stipulation of dismissal is on file, then the case will be dismissed and the Order to Show
2  Cause discharged.  Otherwise counsel for Defendants must personally appear at the hearing; neither
3  a special appearance nor a telephonic appearance will be permitted.  Failure to file a written
4  response or to appear personally will be deemed an admission that sanctions are appropriate.

**IT IS SO ORDERED.**

Date: June 21, 2013

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**