# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **LAURENCE L. SPITTERS,** *et al.*, <br><br> **Plaintiff(s),** <br><br> vs. <br><br> **JP MORGAN CHASE & CO.,** *et al.*, <br><br> **Defendant(s).** | **Case No.: 12-CV-4429 YGR** <br><br> **ORDER CONTINUING (1) COMPLIANCE HEARING AND (2) ORDER TO SHOW CAUSE HEARING** |

**TO ALL PARTIES AND COUNSEL OF RECORD:**

On April 19, 2013, the Court set a compliance hearing for Friday, June 21, 2013, on the understanding that the parties to the above-captioned matter had reached a settlement. (Dkt. No. 38.) The parties were required to file in advance of the hearing either a stipulation of dismissal or a joint statement setting forth an explanation for their failure to comply. The parties filed neither document and Defendants then failed to appear at the June 21 hearing. (*See* Dkt. No. 40.) The Court ordered Defendants and their attorneys to show cause why they should not be sanctioned for the failure to appear and failure to make the required filings. (*Id.*) The Court set the OSC hearing and a further compliance hearing for July 19, 2013. (*Id.*)

The Court held the OSC and compliance hearings on July 19. Both hearings are hereby **CONTINUED** to **Friday, August 16, 2013**, on the Court's 9:01 a.m. Calendar, in the Federal Courthouse located at 1301 Clay Street, Oakland, California, in Courtroom 5. No later than five (5) business days prior to that date the parties shall file a Stipulation of Dismissal. If the parties timely

file a Stipulation of Dismissal, the parties need not appear, the compliance hearing will be taken off calendar, and the OSC will be discharged.

If, however, the parties do not timely file a Stipulation of Dismissal, then counsel as well as the parties themselves shall appear in person. With respect to the corporate defendant, a natural person with the authority to resolve and bind the corporation as to this matter shall appear. Failure to do so may result in sanctions.

No telephonic appearances will be permitted.

**IT IS SO ORDERED**.

Dated: July 19, 2013

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**