# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **LAURENCE L. SPITTERS,** *et al.*,<br><br>     **Plaintiffs,**<br><br>     vs.<br><br>**JP MORGAN CHASE & CO.,** *et al.*,<br><br>     **Defendants.** | **Case No.: C-12-4429-YGR**<br><br>**ORDER DISCHARGING ORDER TO SHOW CAUSE, VACATING COMPLIANCE HEARING, AND DISMISSING CASE** |

On August 9, 2013, the parties in this action filed a stipulation to dismiss the above-captioned action with prejudice.  Dkt. No. 46.

Pursuant to the Order this Court issued on July 19, 2013 (Dkt. No. 44), the Court **DISCHARGES** the pending Order to Show Cause, **VACATES** the compliance hearing set for August 16, 2013, at 9:01 a.m., and **DISMISSES** this action with prejudice.

This Order terminates Case No. 12-cv-4429.

**IT IS SO ORDERED.**

Dated: August  9 , 2013

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**